UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| CHRISTINA WALKER, | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) CASE NO. ) |
| KROGER SPECIALTY PHARMACY, INC., | ) ) ) ) |
| Defendant. | ) ) |

**DEFENDANT'S NOTICE OF AND PETITION FOR REMOVAL OF CIVIL ACTION**

Defendant, KROGER SPECIALTY PHARMACY, INC. ("Kroger"), by and through undersigned counsel, files its Notice of Removal of Civil Action to the United States District Court for the Middle District of Florida. This action is being removed based on federal question jurisdiction under 28 U.S.C. § 1331 and supplemental jurisdiction under 28 U.S.C. § 1367. As grounds for removal, Defendant states as follows:

1. On or about July 28, 2022, Plaintiff Christina Walker ("Plaintiff") commenced a civil action against Defendant entitled *Christina Walker v. Kroger Specialty Pharmacy, Inc.,* in the Circuit Court for the Eighteenth Judicial Circuit in and for Seminole County, Florida as Case No.: 2022CA001764, alleging FMLA

retaliation, FMLA interference, disability discrimination in violation of the Florida Civil Rights Act ("FCRA"), and failure to accommodate in violation of the FCRA. (the "State Court Lawsuit").

2. On September 8, 2022, Kroger was served with a copy of the Summons through its registered agent, Corporation Service Company.

3. A copy of all process, pleadings, and orders served upon Defendant in the State Court Lawsuit are attached as Exhibit A.

4. No further pleadings have been filed and no substantive proceedings have taken place in the State Court Lawsuit since the filing of Plaintiff's Complaint.

5. Defendant has filed this Notice of Removal within thirty (30) days after service of the Complaint in the State Court Lawsuit. Accordingly, this Notice is timely filed in compliance with 28 U.S.C. §1446(b).

6. This action is being removed based on federal question jurisdiction under 28 U.S.C. § 1331 and supplemental jurisdiction under 28 U.S.C. § 1367.

7. The Complaint establishes that there is a federal question. Plaintiff alleges violations of federal law, the FMLA, 29 U.S.C. § 2601 *et. seq.* Specifically, Plaintiff brings claims for FMLA retaliation (*Complaint* at ¶¶ 83-96) and for FMLA interference (*Complaint* at ¶¶ 97-108). Therefore, this Court has original jurisdiction over these claims under 28 U.S.C. § 1331.

8. The Court may exercise supplemental jurisdiction over the remaining FCRA claims, pursuant to 28 U.S.C. § 1367(a), because those claims are so related to the FMLA claims that they form a part of the same case or controversy. The Complaint asserts that the underlying facts are common to all counts. (*Complaint* at ¶ 83, ¶ 97, ¶ 109, & ¶ 123). Moreover, these claims all stem from Defendant's handling of Plaintiff's medical issues during her employment.

9. Venue is proper in the Middle District of Florida because it is the district court for the judicial district and division embracing Seminole County, Florida, where the state court action is pending. 28 U.S.C. § 1441(a). (*Complaint*, p. 3)

10. Defendant gives notice of removal of this action to the Circuit Court for the Eighteenth Judicial Circuit in and for Seminole County, Florida as required by 28 U.S.C. § 1445(d). A copy of this Notice is attached as Exhibit B.

WHEREFORE, Defendant KROGER SPECIALTY PHARMACY, INC. removes the above-entitled action now pending against it in the Circuit Court for the Eighteenth Judicial Circuit in and for Seminole County, Florida to the United States District Court for the Middle District of Florida, Orlando Division, and requests that this Court take jurisdiction of this civil action to the exclusion of any further proceedings in state court and grant such further relief as the Court deems just and appropriate.

DATED this 20th day of September, 2022

        Respectfully submitted,

        */s/ Vaughn G.S. Glinton, Jr.*
        Vaughn G.S. Glinton, Jr.
        Florida Bar No. 1002778
        Jackson Lewis P.C.
        390 North Orange Avenue, #1285
        Orlando, FL  32801
        Ph:  407-246-8440
        Fax:  407-246-8441
        Vaughn.glinton@jacksonlewis.com

        Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 20th day of September, 2022, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system and a copy furnished by email to:

Corey L. Seldin, Esq. (Florida Bar No.: 1026565)
cseldin@rgpattorneys.com
Peter M. Hoogerwoerd, Esq. (Florida Bar No.: 188239)
pmh@rgpattorneys.com
REMER & GEORGES-PIERRE, PLLC
44 West Flagler Street, Suite 2200
Miami, F 305.416.5000
Fax: 305.416.5005

*Counsel for Plaintiff*

        */s/ Vaughn G. S. Glinton, Jr.*
        Vaughn G.S. Glinton, Jr.