**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CHRISTINA WALKER,

    Plaintiff,

v.   Case No:   6:22-cv-1719-GAP-DAB

KROGER SPECIALTY
PHARMACY, INC.,

    Defendant

**ORDER OF DISMISSAL WITH PREJUDICE**

Upon consideration of the Joint Stipulation of Dismissal with Prejudice (Doc. 23), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that this case is dismissed with prejudice, each party to bear its own fees and costs.   Any pending motions are **DENIED** as moot. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on April 25, 2023.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

- 2 -

Copies furnished to:

Counsel of Record
Unrepresented Parties

- 2 -